John PLUMLEE, Appellant,

v.

KANSAS CITY SOUTHERN RAILWAY, Respondent.

No. WD 49895.

Missouri Court of Appeals, Western District.

Aug. 22, 1995.

Patrick J. Hagerty, St. Louis, for appellant.

Douglas R. Dalgleish, Kansas City, for respondent.

Before FENNER, C.J., P.J., and KENNEDY and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM.

Appeal from judgment after jury trial in favor of Kansas City Southern Railway in action under Federal Employer's Liability Act, 45 U.S.C. § 51 *et seq.*

Judgment affirmed. Rule 84.16(b).